IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Roman, Ricardo S | Case Number: 05 B 03427 |
|---|---|---|
| | Roman, Maria N | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 2/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: August 8, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 56,020.00 | |
| Secured: | | 11,474.07 |
| Unsecured: | | 34,965.21 |
| Priority: | | 0.00 |
| Administrative: | | 2,996.20 |
| Trustee Fee: | | 2,566.17 |
| Other Funds: | | 4,018.35 |
| Totals: | 56,020.00 | 56,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,996.20 | 2,996.20 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 1,514.79 | 1,514.79 |
| 4. | Wells Fargo Fin Acceptance | Secured | 9,959.28 | 9,959.28 |
| 5. | ECast Settlement Corp | Unsecured | 1,755.56 | 1,755.56 |
| 6. | RoundUp Funding LLC | Unsecured | 7,482.07 | 7,482.07 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 7,916.55 | 7,916.55 |
| 8. | Wells Fargo Financial | Unsecured | 608.45 | 608.45 |
| 9. | Resurgent Capital Services | Unsecured | 2,346.47 | 2,346.47 |
| 10. | ECast Settlement Corp | Unsecured | 2,460.40 | 2,460.40 |
| 11. | Resurgent Capital Services | Unsecured | 1,150.64 | 1,150.64 |
| 12. | American Express Travel Relate | Unsecured | 7,487.30 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 8,153.39 | 8,153.39 |
| 14. | ECast Settlement Corp | Unsecured | 1,291.83 | 1,291.83 |
| 15. | Resurgent Capital Services | Unsecured | 1,799.85 | 1,799.85 |
| 16. | US Bank | Unsecured | | No Claim Filed |
| 17. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 56,922.78 | $ 49,435.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 272.79 |
| 3% | 144.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Roman, Ricardo S  
Roman, Maria N  
Printed: 9/3/08

Case Number: 05 B 03427  
Judge: Wedoff, Eugene R  
Filed: 2/2/05

| | |
|---|---|
| 5.5% | 858.01 |
| 5% | 240.01 |
| 4.8% | 287.98 |
| 5.4% | 714.08 |
| 6.5% | 49.29 |
| | _____ |
| | $ 2,566.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

